JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| LAMAR TIMOTHY HALL, | ) | No. CV 09-05552-DDP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PEOPLE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: February 24, 2010

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE